FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2010 DEC 21  PM 4: 07

DISTRICT OF UTAH

Gary E. Jubber, Trustee (1758)
215 South State Street
Suite 1200
Salt Lake City, Utah 84111-2323
Telephone: (801) 531-8900

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| In re | ) | Bankruptcy No. 09-30607 WTT |
| | ) | Chapter 7 |
| JOANNA CARPIO, | ) | |
| | ) | **DEPOSIT OF** |
| Debtor. | ) | **UNCLAIMED FUNDS** |
| | ) | |

Gary E. Jubber, the duly-appointed and acting Trustee of the above-captioned bankruptcy estate, represents to the Court that:

1. On September 21, 2010, the following check was issued in the following amount:

| Check No. | Creditor/Address | Check Amount |
| --- | --- | --- |
| 10113 | Outsource Receivables Management<br>PO Box 166<br>Ogden, UT 84402 | $ 261.37 |

2. Said check has not been submitted for payment, and more than 90 days have elapsed since issuance of said check.

3. The Trustee has stopped payment on said check.



4.  The unclaimed funds are on deposit in THE BANK OF NEW YORK MELLON, Account No. 92000274861566.

5.  The last known name and address of payee, to which the check was sent, is listed above.

6.  A check in the amount of $261.37 representing said unclaimed funds has been made payable to the U.S. Bankruptcy Court, and is attached hereto.

DATED this 21 day of December, 2010.

_____
Gary E. Jubber, Trustee

### CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of December, 2010, I served the foregoing **Deposit of Unclaimed Funds** upon the following party in interest by depositing a copy thereof in the United States mail, postage prepaid, addressed as follows:

>   U.S. Trustees Office
>   Ken Garff Building
>   405 S. Main Street
>   Suite 300
>   Salt Lake City, UT 84111

_____

ND: 4827-9968-7685, v. 1                                    2